# DEBTOR'S PROOF OF INCOME

 **PNC**   **Jeffrey Wettstein**

Print

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $6,540.94 |
| Two PNC Plaza | **Pay Begin Date:** 10/08/2011 |
| 620 Liberty Avenue | **Pay End Date:** 10/21/2011 |
| Pittsburgh, PA 15222 | **Check Date:** 10/21/2011 |
| 1-877-968-7762 | |

### General

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00    Annualized |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 11,202.05 | 10,199.41 | 3,524.13 | 1,136.98 | 6,540.94 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 10/08/2011 | 10/21/2011 | | | 2,884.62 |
| ER Pd Disb | 10/08/2011 | 10/21/2011 | | | 132.61 |
| Commission | 09/01/2011 | 09/30/2011 | | | 8,317.43 |
| **Total:** | | | | | **11,202.05** |

Pay Inquiry

Case 9:11-bk-15294-PC   Doc 1-2   Filed 11/16/11   Entered 11/16/11 15:04:07   Desc
Debtors Proof of Income   Page 3 of 25
Page 2 of 2

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 2,092.36 | 10,199.41 |
| Fed MED/EE | 162.19 | 11,185.48 |
| Fed OASDI/EE | 469.79 | 11,185.48 |
| CA Withholdng | 799.79 | 10,199.41 |
| Total: | 3,524.13 | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 986.07 |
| Total: | 1,136.98 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| Total: | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| ISP | 281.73 |
| * Taxable | |
| Total: | 283.46 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 136518 | Checking | 041940417 | 6,540.94 |

Pay Inquiry                                                                                              Page 5 of 2

 **PNC**    **Jeffrey Wettstein**

Print

PNC Bank NA

Two PNC Plaza

620 Liberty Avenue

Pittsburgh, PA 15222

1-877-968-7762

| | |
|---|---|
| **Net Pay:** | $2,012.28 |
| **Pay Begin Date:** | 09/24/2011 |
| **Pay End Date:** | 10/07/2011 |
| **Check Date:** | 10/07/2011 |

## General

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00    Annualized |

## Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 2,422.09 | 375.28 | 497.06 | 2,012.28 |

## Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 09/24/2011 | 10/07/2011 | | | 2,884.62 |
| ER Pd Disb | 09/24/2011 | 10/07/2011 | | | 32.80 |
| **Total:** | | | | | **2,884.62** |

### Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 178.31 | 2,422.09 |
| Fed MED/EE | 40.14 | 2,768.24 |
| Fed OASDI/EE | 116.27 | 2,768.24 |
| CA Withholdng | 40.56 | 2,422.09 |
| **Total:** | **375.28** | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 346.15 |
| **Total:** | **497.06** |

### After Tax Deductions

| Description | Amount |
|---|---|
| **Total:** | |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| ISP | 115.38 |
| * Taxable | |
| **Total:** | **117.11** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 4218 | Checking | 041940417 | 2,012.28 |

# Earnings Statement

 **PNC**

ARCS-Calab CA060        006743-006741
MAIL-XM-AR02-01-1 Calabas
*PNC Bank, National Association*
*Corporate Payroll Loc: BY-YB32-02-1*
*4100 West 150th Street*
*Cleveland OH 44135-1389*

Page 001 of 001
Period Ending:    09/23/2011
Advice Date:      09/23/2011
Advice Number:    0004112
Batch Number:     MAIL56557

**JEFFREY WETTSTEIN**
**2898 SAILOR AVE**
**VENTURA, CA 93001**

| | |
|---|---|
| Department: | 8500008316 |
| Employee ID: | 322100337 |
| Marital Status: | Fed: M    State: M |
| Expts/Allow: | Fed: 05    State: 05 |
| Add'l Withholdings: | Fed: 0    State: 0 |
| Work State: | CA |

| Earnings | hours | this period | year-to-date |
|---|---|---|---|
| Regular Pay | | 2596.16 | 31670.64 |
| Holiday | 8.00 | 288.46 | 672.46 |
| Commission-Reg Tax | | | 5797.86 |
| Commission-Reg Tax | | | 20000.00 |
| CarryoverVacationHrs | | | 8.00 |

| Other Earnings | | | |
|---|---|---|---|
| Gross Pay | | 2884.62 | 58140.96 |

| Taxable Benefit (Imputed) Items | | |
|---|---|---|
| Emplyr Pd Disability | 32.80 | 663.27 |
| IMP LIF | 1.73 | 8.36 |

| Other Taxable Benefits | | |
|---|---|---|
| Total Taxable Benefit Items | 34.53 | 671.63 |

| Other Benefit Information | | |
|---|---|---|
| Savings Plan Company Match | 115.38 | 563.92 |
| Vacation Balance | | 68.00 |

| Taxable Wgs | Federal | FICA | State | Local |
|---|---|---|---|---|
| Current | 2422.09 | 2768.24 | 2422.09 | |
| YTD | 50600.19 | 55945.30 | 50600.19 | |

| Tax Deductions | this period | year-to-date |
|---|---|---|
| Federal Income Tax | 178.31 | 5547.55 |
| Social Security | 116.26 | 2349.70 |
| Medicare | 40.14 | 811.21 |
| CA Income Tax | 40.56 | 1981.46 |

| Other Taxes | | |
|---|---|---|
| Total Taxes | 375.27 | 10689.92 |

| Additional Deductions | | | |
|---|---|---|---|
| ISP | * | 346.15 | 1525.22 |
| DENTAL | * | 18.56 | 352.64 |
| MEDICAL | * | 126.97 | 2412.43 |
| VISION | * | 5.38 | 102.22 |
| ISP New | * | | 3819.89 |

| Other Deductions | | |
|---|---|---|
| Total Deductions | 497.06 | 8212.40 |

* This deduction reduces taxable gross.

| Net Pay (Direct Deposit + Check) | 2012.29 |
|---|---|

© 2009 Automatic Data Processing (PCPAYC)

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA NOT SHOWN ORIGINAL DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING - HOLD AT AN ANGLE TO VIEW - SEE BACK - TURN DOCUMENT OVER TO VERIFY AUTHENTICITY TOP TO LIGHT AT BOTTOM

 **PNC**

PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Advice Number:  0004112
Advice Date:    09/23/2011

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JEFFREY WETTSTEIN | 041940417 | 2012.29 |

**THIS IS NOT A CHECK**

09/24/11    03:53AM    HP LASERJET FAX    p.04

Pay Inquiry                                                                      Page 1 of 2

  **Jeffrey Wettstein**                              [ Print ]

| | |
|---|---|
| PNC Bank NA | **Net Pay:**  $2,012.28 |
| Two PNC Plaza | **Pay Begin Date:**  08/27/2011 |
| 620 Liberty Avenue | **Pay End Date:**  09/09/2011 |
| Pittsburgh, PA 15222 | **Check Date:**  ~~09/09/2011~~ |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00    Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 2,422.09 | 375.28 | 497.06 | 2,012.28 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 2,884.62 |
| ER Pd Disb | | | 32.80 |
| | | | |
| **Total:** | | | **2,884.62** |

Pay Inquiry

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 178.31 | 2,422.09 |
| Fed MED/EE | 40.14 | 2,768.24 |
| Fed OASDI/EE | 116.27 | 2,768.24 |
| CA Withholdng | 40.56 | 2,422.09 |
| | | |
| **Total:** | **375.28** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 346.15 |
| **Total:** | **497.06** |

**After Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| ISP | 115.38 |
| * Taxable | |
| **Total:** | **117.11** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 4009 | Checking | 041940417 | 2,012.28 |

09/24/11    03:53AM    HP LASERJET FAX    p.06

Pay Inquiry                                                                            Page 1 of 2

**◯ PNC**    Jeffrey Wettstein                                                    [ Print ]

PNC Bank NA                                          Net Pay:          $2,283.65
Two PNC Plaza
620 Liberty Avenue                                   Pay Begin Date:   08/13/2011
Pittsburgh, PA 15222                                 Pay End Date:     08/26/2011
1-877-968-7762                                       Check Date:       08/26/2011

| General | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00    Annualized |

| Tax Data | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

| Paycheck Summary | | | | | |
|---|---|---|---|---|---|
| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
| Current | 2,884.62 | 2,768.24 | 450.06 | 150.91 | 2,283.65 |

| Earnings | | | |
|---|---|---|---|
| Description | Hours | Rate | Amount |
| Regular | | | 2,884.62 |
| ER Pd Disb | | | 32.80 |
| | | | |
| **Total:** | | | **2,884.62** |

09/24/11    03:53AM    HP LASERJET 3390                                    p.07

Pay Inquiry                                                            Page 2 of 2

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholdng | 230.24 | 2,768.24 |
| Fed MED/EE | 40.14 | 2,768.24 |
| Fed OASDI/EE | 116.27 | 2,768.24 |
| CA Withholdng | 63.41 | 2,768.24 |
| Total: | 450.06 | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| Total: | 150.91 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| Total: | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| IMP LIF* | 1.73 |
| * Taxable | |
| Total: | 1.73 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 3902 | Checking | 041940417 | 2,283.65 |



ARCS-Calab CA060    006114-006112
MAIL-XM-AR02-01-1 Calabas
*PNC Bank, National Association*
*Corporate Payroll Loc: BY-YB32-02-1*
*4100 West 150th Street*
*Cleveland OH 44135-1389*

| | |
|---|---|
| Period Ending: | 08/12/2011 |
| Advice Date: | 08/12/2011 |
| Advice Number: | 0003830 |
| Batch Number: | MAIL56548 |

Page 001 of 001

| | | |
|---|---|---|
| Department: | 8500008316 | |
| Employee ID: | 322100337 | |
| Marital Status: | Fed: M | State: M |
| Expts/Allow: | Fed: 05 | State: 05 |
| Add'l Withholdings: | Fed: 0 | State: 0 |
| Work State: | CA | |

**JEFFREY WETTSTEIN**
**2898 SAILOR AVE**
**VENTURA, CA 93001**

| Earnings | hours | this period | year-to-date |
|---|---|---|---|
| Regular Pay | | 2884.62 | 23305.24 |
| Commission-Reg Tax | | | 5797.86 |
| Commission-Reg Tax | | | 20000.00 |
| Holiday | | | 384.00 |
| CarryoverVacationHrs | | | 8.00 |

| Other Earnings | | | |
|---|---|---|---|
| Gross Pay | | 2884.62 | 49487.10 |

| Taxable Benefit (Imputed) Items | | | |
|---|---|---|---|
| Emplyer Pd Disability | | 32.80 | 564.87 |
| IMP LIF | | 3.17 | 3.17 |

| Other Taxable Benefits | | | |
|---|---|---|---|
| Total Taxable Benefit Items | | 35.97 | 568.04 |

| Other Benefit Information | | | |
|---|---|---|---|
| Savings Plan Company Match | | 115.38 | 333.16 |
| Vacation Balance | | | 61.33 |

| Taxable Wgs Federal | FICA | State | Local |
|---|---|---|---|
| Current | 2481.22 | 2769.68 | 2481.22 | |
| YTD | 42987.77 | 47640.58 | 42987.77 | |

| Tax Deductions | this period | year-to-date |
|---|---|---|
| Federal Income Tax | 187.18 | 4960.69 |
| Social Security | 116.32 | 2000.90 |
| Medicare | 40.16 | 690.79 |
| CA Income Tax | 44.46 | 1836.93 |

| Other Taxes | | |
|---|---|---|
| Total Taxes | 388.12 | 9489.31 |

| Additional Deductions | | | |
|---|---|---|---|
| ISP | * | 288.46 | 832.92 |
| DENTAL | * | 18.56 | 296.96 |
| MEDICAL | * | 126.97 | 2031.52 |
| VISION | * | 5.38 | 86.08 |
| ISP New | * | | 3819.89 |

| Other Deductions | | |
|---|---|---|
| Total Deductions | 439.37 | 7067.37 |

* This deduction reduces taxable gross.

| Net Pay (Direct Deposit + Check) | 2057.13 |
|---|---|

©1998, 2006, ADP, Inc. All Rights Reserved.

▲ TEAR HERE ▼

© 2002 Automatic Data Processing (PC Service)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



PNC Bank, National Association
Corporate Payroll Loc: BY-YB32-02-1
4100 West 150th Street
Cleveland OH 44135-1389

Advice Number:  0003830
Advice Date:  08/12/2011

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| JEFFREY WETTSTEIN | 041940417 | 2057.13 |

**THIS IS NOT A CHECK**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK  ☒  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

Pay Inquiry

# PNC    **Jeffrey Wettstein**

Print

PNC Bank NA
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
1-877-968-7762

| | |
|---|---|
| **Net Pay:** | $2,057.97 |
| **Pay Begin Date:** | 07/16/2011 |
| **Pay End Date:** | 07/29/2011 |
| **Check Date:** | 07/29/2011 |

### General

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | ARCS-Calabasas |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIGINATION MKT MGR |
| | | **Pay Rate:** | $75,000.00    Annualized |

### Tax Data

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,884.62 | 2,478.05 | 387.28 | 439.37 | 2,057.97 |

### Earnings

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | | | 2,884.62 |
| Regular | 07/04/2011 | 07/04/2011 | -8.00 | 16.000000 | -128.00 |
| ER Pd Disb | | | | | 32.80 |
| Holiday | 07/04/2011 | 07/04/2011 | 8.00 | 16.000000 | 128.00 |
| **Total:** | | | | | **2,884.62** |

Pay Inquiry                                                                    Page 2 of 2

| Taxes | | |
|-------|--------|-------------|
| Description | Amount | Taxable Grs |
| Fed Withholdng | 186.71 | 2,478.05 |
| Fed MED/EE | 40.12 | 2,766.51 |
| Fed OASDI/EE | 116.20 | 2,766.51 |
| CA Withholdng | 44.25 | 2,478.05 |
| | | |
| Total: | 387.28 | |

| Before-Tax Deductions | |
|-----------------------|--------|
| Description | Amount |
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 288.46 |
| | |
| Total: | 439.37 |

| After Tax Deductions | |
|----------------------|--------|
| Description | Amount |
| | |
| Total: | |

| Employer Paid Benefits | |
|------------------------|--------|
| Description | Amount |
| ISP | 115.38 |
| | |
| * Taxable | |
| Total: | 115.38 |

| Net Pay Distribution | | | | |
|----------------------|-----------------|--------------|----------------|----------|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 3673 | Checking | 041940417 | 2,057.97 |

09/24/11    03:53AM          HP LASERJET FAX                                    p.12

Pay Inquiry                                                                      Page 1 of 2

 **PNC**    **Jeffrey Wettstein**                             [ Print ]

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $936.54 |
| Two PNC Plaza | **Pay Begin Date:** 07/02/2011 |
| 620 Liberty Avenue | **Pay End Date:** 07/15/2011 |
| Pittsburgh, PA 15222 | **Check Date:** 07/15/2011 |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00    Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.55 | 278.91 | 936.54 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

Pay Inquiry                                                                                   Page 2 of 2

| Taxes | | |
|---|---|---|
| Description | Amount | Taxable Grs |
| Fed MED/EE | 16.56 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| Total: | 64.55 | |

| Before-Tax Deductions | |
|---|---|
| Description | Amount |
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP | 128.00 |
| Total: | 278.91 |

| After Tax Deductions | |
|---|---|
| Description | Amount |
| Total: | |

| Employer Paid Benefits | |
|---|---|
| Description | Amount |
| ISP | 51.20 |
| * Taxable | |
| Total: | 51.20 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 37 | Checking | 041940417 | 936.54 |

Pay Inquiry                                                                      Page 1 of 2

 **PNC**    **Jeffrey Wettstein**

[ Print ]

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $936.53 |
| Two PNC Plaza | **Pay Begin Date:** 06/18/2011 |
| 620 Liberty Avenue | **Pay End Date:** 07/01/2011 |
| Pittsburgh, PA 15222 | **Check Date:** 07/01/2011 |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00    Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

09/24/11    03:53AM    HP LASERJET FAX    p.15

Pay Inquiry    Page 2 of 2

| Taxes | | |
|---|---|---|
| Description | Amount | Taxable Grs |
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| | | |
| Total: | 64.56 | |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amount |
| DENTAL | 18.56 | | | ISP | 51.20 |
| MEDICAL | 126.97 | | | | |
| VISION | 5.38 | | | | |
| ISP | 128.00 | | | | |
| | | | | * Taxable | |
| Total: | 278.91 | Total: | | Total: | 51.20 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 38 | Checking | 041940417 | 936.53 |

Pay Inquiry                                                                    Page 1 of 2

**PNC**    Jeffrey Wettstein                                    [Print]

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $936.53 |
| Two PNC Plaza | **Pay Begin Date:** 06/04/2011 |
| 620 Liberty Avenue | **Pay End Date:** 06/17/2011 |
| Pittsburgh, PA 15222 | **Check Date:** 06/17/2011 |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00    Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |
| YTD | 41,157.86 | 35,999.22 | 8,584.80 | 5,630.81 | 26,942.25 |

**Earnings**

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 80.00 | 16.000000 | 1,280.00 | 15,104.00 |
| Regular | 05/21/2011 | 06/03/2011 | -8.00 | 16.000000 | -128.00 | 0.00 |
| ER Pd Disb | | | | | 13.55 | 472.17 |
| Holiday | 05/21/2011 | 06/03/2011 | 8.00 | 16.000000 | 128.00 | 256.00 |
| Commission | | | | | | 5,797.86 |
| Commission | | | | | | 20,000.00 |
| | | | | | | |
| **Total:** | | | 80.00 | | 1,280.00 | 41,157.86 |

Pay Inquiry                                                                                     Page 2 of 2

### Taxes

| Description | Amount | YTD Amount | Taxable Grs | Taxable Grs YTD |
|---|---|---|---|---|
| Fed Withholdng | | 4,586.80 | 1,014.64 | 35,999.22 |
| Fed MED/EE | 16.57 | 577.38 | 1,142.64 | 39,819.11 |
| Fed OASDI/EE | 47.99 | 1,672.40 | 1,142.64 | 39,819.11 |
| CA Withholdng | | 1,748.22 | 1,014.64 | 35,999.22 |
| **Total:** | **64.56** | **8,584.80** | | |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| DENTAL | 18.56 | 222.72 |
| MEDICAL | 126.97 | 1,523.64 |
| VISION | 5.38 | 64.56 |
| ISP New | 128.00 | 3,819.89 |
| **Total:** | **278.91** | **5,630.81** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | **0.00** |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|---|---|---|
| * Taxable | | |
| **Total:** | | **0.00** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 37 | Checking | 041940417 | 936.53 |

### Leave Balances

| Description | YTD Amount |
|---|---|
| Vacation | 48.00 |
| Personal | 8.00 |
| Floating | 16.00 |
| **Total YTD Amount:** | **72.00** |

Pay Inquiry                                                    Page 1 of 2

    **Jeffrey Wettstein**                    Print

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $936.53 |
| Two PNC Plaza | **Pay Begin Date:** 05/21/2011 |
| 620 Liberty Avenue | **Pay End Date:** 06/03/2011 |
| Pittsburgh, PA 15222 | **Check Date:** 06/03/2011 |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00    Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

Pay Inquiry

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| | | |
| Total: | 64.56 | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP New | 128.00 |
| Total: | 278.91 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| | |
| Total: | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| | |
| * Taxable | |
| Total: | |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 38 | Checking | 041940417 | 936.53 |

Pay Inquiry

## PNC    **Jeffrey Wettstein**

Print

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $936.53 |
| Two PNC Plaza | **Pay Begin Date:** 04/23/2011 |
| 620 Liberty Avenue | **Pay End Date:** 05/06/2011 |
| Pittsburgh, PA 15222 | **Check Date:** 05/06/2011 |
| 1-877-968-7762 | |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00        Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

09/24/11    03:53AM    HP LASERJET 3 FAX    p.25

Pay Inquiry                                                                    Page 2 of 2

**Taxes**

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| **Total:** | **64.56** | |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| DENTAL | 18.56 |
| MEDICAL | 126.97 |
| VISION | 5.38 |
| ISP New | 128.00 |
| **Total:** | **278.91** |

**After Tax Deductions**

| Description | Amount |
|---|---|
| **Total:** | |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| * Taxable | |
| **Total:** | |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 38 | Checking | 041940417 | 936.53 |

09/24/11    03:53AM    HP LASERJET FAX                                    p.20

Pay Inquiry                                                                Page 1 of 2

 **PNC**          **Jeffrey Wettstein**                                [Print]

| | |
|---|---|
| PNC Bank NA | **Net Pay:** $936.53 |
| Two PNC Plaza | **Pay Begin Date:** 05/07/2011 |
| 620 Liberty Avenue | **Pay End Date:** 05/20/2011 |
| Pittsburgh, PA 15222 | |
| 1-877-968-7762 | **Check Date:** 05/20/2011 |

**General**

| | | | |
|---|---|---|---|
| **Name:** | Jeffrey Wettstein | **Cost Center:** | 000012014472 |
| **Employee ID:** | 322100337 | | CALABASAS CA |
| **Address:** | 2898 Sailor Ave | **Location:** | Oxnard Exec Suite 2 - Mortgage |
| | Ventura, CA 93001 | **Job Title:** | MTG ORIG LOAN OFFICER |
| | | **Pay Rate:** | $33,280.00        Annualized |

**Tax Data**

| | | | |
|---|---|---|---|
| **Fed Marital Status:** | Married | **CA Marital Status:** | Married (one income) |
| **Fed Allowances:** | 5 | **CA Allowances:** | 5 |
| **Fed Addl Amount:** | $0.00 | **CA Addl Amount:** | $0.00 |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,280.00 | 1,014.64 | 64.56 | 278.91 | 936.53 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 80.00 | 16.000000 | 1,280.00 |
| ER Pd Disb | | | 13.55 |
| **Total:** | **80.00** | | **1,280.00** |

Pay Inquiry

Page 2 of 2

| Taxes | | |
|---|---|---|
| Description | Amount | Taxable Grs |
| Fed MED/EE | 16.57 | 1,142.64 |
| Fed OASDI/EE | 47.99 | 1,142.64 |
| Total: | 64.56 | |

| Before-Tax Deductions | | After Tax Deductions | | Employer Paid Benefits | |
|---|---|---|---|---|---|
| Description | Amount | Description | Amount | Description | Amount |
| DENTAL | 18.56 | | | | |
| MEDICAL | 126.97 | | | | |
| VISION | 5.38 | | | | |
| ISP New | 128.00 | | | * Taxable | |
| Total: | 278.91 | Total: | | Total: | |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
| Direct Deposit | 36 | Checking | 041940417 | 936.53 |