FILED & ENTERED

MAR 13 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zick        DEPUTY CLERK

**NOT FOR PUBLICATION**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:11-bk-15294-PC |
| JEFFREY SCOTT WETTSTEIN and NATORAE MARIE WETTSTEIN, | Chapter 7 |
| Debtor. | Adversary No. 9:12-ap-01055-PC |
| SHELLY JENSEN, | |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEFFREY SCOTT WETTSTEIN and NATORAE MARIE WETTSTEIN, | Date: February 6, 2015<br>Time: 9:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom # 201<br>1415 State Street<br>Santa Barbara, CA 93101 |
| Defendants. | |

    Based upon the findings of fact and conclusions of law contained in the Memorandum Decision of even date herewith, it is

    ORDERED, ADJUDGED AND DECREED that Shelly Jensen have judgment against Jeffrey Scott Wettstein in the amount of $384,220.72, together with interest at the federal rate after entry of judgment until paid; and it is further

    ORDERED, ADJUDGED AND DECREED that the above debt is nondischargeable under 11 U.S.C. §§ 523(a)(2)(A) and (a)(6); and it is further

ORDERED, ADJUDGED AND DECREED that Jensen's claim against Wettstein for a determination that the debt is nondischargeable under 11 U.S.C. § 523(a)(4) is dismissed with prejudice; and it is further

ORDERED, ADJUDGED AND DECREED that Jensen shall be awarded reasonable attorneys' fees, which shall be established by separate order after a motion filed pursuant to LBR 7054-1(g).

###

Date: March 13, 2015

Peter H. Carroll
United States Bankruptcy Judge