SANDRA K. MCBETH
2236 S. Broadway, Suite J
Santa Maria, CA  93454
Telephone: (805) 922-0313
Facsimile: (805) 922-7915

Chapter 7 Trustee

FILED & ENTERED

DEC 21 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiza     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

JEFFREY SCOTT WETTSTEIN and
NATORAE MARIE WETTSTEIN,

　　　　　Debtors.

Case No. 9:11-bk-15294-PC
Chapter 7

**ORDER ON MOTION BY SANDRA MCBETH, CHAPTER 7 TRUSTEE, FOR ORDER APPROVING TRANSFER AND ASSIGNMENT OF JUDGMENT TO BRUTZKUS GUBNER, THE TRUSTEE'S SPECIAL LITIGATION COUNSEL, IN LIEU OF PAYMENT OF ATTORNEYS FEES**

NO HEARING REQUIRED

　　　The Trustee's Motion For Order Approving Transfer And Assignment Of Judgment To Brutzkus Gubner, The Trustee's Special Litigation Counsel, In Lieu Of Payment Of Attorneys' Fees, was served and filed pursuant to Local Rule 9013-1(o).  The Declaration indicating no opposition had been received has been submitted, no opposition has been filed, due notice having been given, and good cause appearing therefore;

　　　IT IS HEREBY ORDERED that the Trustee's Motion For Order Approving Transfer And Assignment Of Judgment To Brutzkus Gubner, The Trustee's  Special

Litigation Counsel, In Lieu Of Payment Of Attorneys' Fees, is approved pursuant to the terms stated in the original motion.

IT IS FURTHER ORDERED that the Trustee is hereby authorized to execute all documents necessary to effectuate the terms of the transfer and assignment of the Judgment to Brutzkus Gubner.

###

Date: December 21, 2016



Peter H. Carroll
United States Bankruptcy Judge