STEVEN T. GUBNER – Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
MICHAEL W. DAVIS - Bar No. 274126
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     sgubner@ebg-law.com
           rburstein@ebg-law.com
           mdavid@ebg-law.com

Attorneys for Plaintiff Shelley Jensen

**FILED & ENTERED**

**MAY 07 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **HANDY**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY SCOTT WETTSTEIN and<br>NATORAE MARIE WETTSTEIN,<br><br>Debtors.<br><br>SHELLY JENSEN,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT WETTSTEIN, an individual,<br><br>Defendant. | Case No. 9:11-bk-15294-PC<br><br>Chapter 7<br><br>Adv. Case No. 9:12-ap-01055-PC<br><br>**AMENDED JUDGMENT**<br><br>[Federal Rule of Civil Procedure 54(d)(2), Federal Rule of Bankruptcy Procedure 7054(b), and Local Bankruptcy Rule 7054-1(g)]<br><br>**Hearing Date:**<br>Date:     February 6, 2015<br>Time:    10:00 a.m.<br>Place:    United States Bankruptcy Court<br>            Courtroom # 201<br>            1415 State Street<br>            Santa Barbara, CA 93101 |

Based upon the findings of fact and conclusions of law contained in the Memorandum Decision entered as docket no. 48 on March 13, 2015, upon the Court's Judgment entered on March 13, 2015 as docket no. 49, upon Plaintiff's Application to the Clerk to Tax Costs and Proposed Bill

1

1  of Costs submitted on March 20, 2015 as docket no. 52, and upon the Court's Order granting

2  Plaintiff's Motion for Award of Attorneys' Fees, it is

3  ORDERED, ADJUDGED AND DECREED that Shelly Jensen have judgment against

4  Jeffrey Scott Wettstein in the amount of $384,220.72, plus attorneys' fees in the sum of

5  $152,770.00, plus costs in the sum of $2,270.94, for an award in the total sum of $539,261.66,

6  together with interest at the federal rate after entry of this Judgment until paid; and it is further

7  ORDERED, ADJUDGED AND DECREED that the above debt is nondischargeable under

8  11 U.S.C. §§ 523(a)(2)(A) and (a)(6); and it is further

9  ORDERED, ADJUDGED AND DECREED that Jensen's claim against Wettstein for a

10 determination that the debt is nondischargeable under 11 U.S.C. § 523(a)(4) is dismissed with

11 prejudice.

12                                            ###

23  Date: May 7, 2015

24                                            Peter H. Carroll
                                              United States Bankruptcy Judge