| | FOR COURT USE ONLY |
|---|---|
| ☐ Recording requested by a return to:<br>STEVEN T. GUBNER - SBN: 156593<br>RICHARD D. BURSTEIN - SBN: 56661<br>MICHAEL W. DAVIS - SBN: 274126<br>EZRA BRUTZKUS GUBNER LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367        T: 818-827-9000 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: JEFFREY SCOTT WETTSTEIN and<br>NATORAE MARIE WETTSTEIN        Debtor | CASE NUMBER  9:11-bk-15294-PC<br>ADVERSARY NUMBER  9:12-ap-01055-PC |
| SHELLY JENSEN                    Plaintiff<br>vs.<br>JEFFREY SCOTT WETTSTEIN          Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address     JEFFREY SCOTT WETTSTEIN

   2960 Sailor Avenue

   Ventura, CA 93001

   ☐ Address Unknown

   b. Driver's License No. _____  ☒ Unknown

   c. Social Security No. _____  ☒ Unknown

2. The Summons was personally served at, or mail to (address):

   2960 Sailor Avenue, Ventura, CA 93001

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   EZRA BRUTZKUS GUBNER LLP

   Dated: May 21, 2015

   (Signature of Judgment Creditor or Attorney)
   MICHAEL W. DAVIS

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE) | CHAPTER 7 |
|---|---|
| JEFFREY SCOTT WETTSTEIN and NATORAE MARIE WETTSTEIN  Debtor(s). | ADVERSARY NO.: 9:12-ap-01055-PC |

4. I certify that in the above-entitled action and Court, Judgment was entered on __May 7, 2015__,

in favor of __SHELLY JENSEN__ and against __JEFFREY SCOTT WETTSTEIN__

for  $ __384,220.72__          Principal,

$ _____          Interest,

$ __152,770.00__          Attorney's Fees, and

$ __2,270.94__          Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this _____ day of __May 2015__

(SEAL)

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: __Dana Johnson__
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____

*Revised February 2010*

|   |   |
|---|---|
| 1 | STEVEN T. GUBNER – Bar No. 156593 |
|   | RICHARD D. BURSTEIN - Bar No. 56661 |
| 2 | MICHAEL W. DAVIS - Bar No. 274126 |
|   | EZRA BRUTZKUS GUBNER LLP |
| 3 | 21650 Oxnard Street, Suite 500 |
|   | Woodland Hills, CA 91367 |
| 4 | Telephone: (818) 827-9000 |
|   | Facsimile: (818) 827-9099 |
| 5 | Email: sgubner@ebg-law.com |
|   | rburstein@ebg-law.com |
| 6 | mdavid@ebg-law.com |

```
FILED & ENTERED

MAY 07 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY HANDY    DEPUTY CLERK
```

Attorneys for Plaintiff Shelley Jensen

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

In re

JEFFREY SCOTT WETTSTEIN and
NATORAE MARIE WETTSTEIN,

Debtors.

---

SHELLY JENSEN,

              Plaintiff,

v.

JEFFREY SCOTT WETTSTEIN, an individual,

              Defendant.

Case No. 9:11-bk-15294-PC

Chapter 7

Adv. Case No. 9:12-ap-01055-PC

**AMENDED JUDGMENT**

[Federal Rule of Civil Procedure 54(d)(2), Federal Rule of Bankruptcy Procedure 7054(b), and Local Bankruptcy Rule 7054-1(g)]

**Hearing Date:**
Date: February 6, 2015
Time: 10:00 a.m.
Place: United States Bankruptcy Court
Courtroom # 201
1415 State Street
Santa Barbara, CA 93101

Based upon the findings of fact and conclusions of law contained in the Memorandum Decision entered as docket no. 48 on March 13, 2015, upon the Court's Judgment entered on March 13, 2015 as docket no. 49, upon Plaintiff's Application to the Clerk to Tax Costs and Proposed Bill

1

of Costs submitted on March 20, 2015 as docket no. 52, and upon the Court's Order granting Plaintiff's Motion for Award of Attorneys' Fees, it is

ORDERED, ADJUDGED AND DECREED that Shelly Jensen have judgment against Jeffrey Scott Wettstein in the amount of $384,220.72, plus attorneys' fees in the sum of $152,770.00, plus costs in the sum of $2,270.94, for an award in the total sum of $539,261.66, together with interest at the federal rate after entry of this Judgment until paid; and it is further

ORDERED, ADJUDGED AND DECREED that the above debt is nondischargeable under 11 U.S.C. §§ 523(a)(2)(A) and (a)(6); and it is further

ORDERED, ADJUDGED AND DECREED that Jensen's claim against Wettstein for a determination that the debt is nondischargeable under 11 U.S.C. § 523(a)(4) is dismissed with prejudice.

###

Date: May 7, 2015

Peter H. Carroll
United States Bankruptcy Judge

2