| | FOR COURT USE ONLY |
|---|---|
| ☐ Recording requested by a return to:<br>STEVEN T. GUBNER - SBN: 156593<br>RICHARD D. BURSTEIN - SBN: 56661<br>TRAVIS M. DANIELS - SBN: 295855<br>BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP<br>21650 OXNARD STREET, SUITE 500<br>Woodland Hills, CA 91367<br>Phone: (818) 827-9000    Facsimile: (818) 827-9099 | RECEIVED<br>JAN 13 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Jeffrey Scott Wettstein and Natorae Marie Wettstein<br>                                                                                Debtor | CASE NUMBER: 9:11-bk-15294-PC<br>ADVERSARY NUMBER: 9:12-ap-01055-PC |
| SHELLY JENSEN<br>                                                                                Plaintiff<br>vs.<br>JEFFREY SCOTT WETTSTEIN<br>                                                                                Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address

    Jeffrey Scott Wettstein
    47047 Kasbah Drive
    Palm Desert, CA 92260

    ☐ Address Unknown

    b. Driver's License No. _____    ☒ Unknown

    c. Social Security No. _____    ☒ Unknown

2. The Summons was personally served at, or mail to (address):

    2960 SAILOR AVE., VENTURA, CA 93001

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

    Dated: January 12, 2016                    _____
                                                (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

Revised February 2010

Abstract of Judgment - Page Two

| In re (SHORT TITLE)<br>JEFFREY SCOTT WETTSTEIN and NATORAE MARIE WETTSTEIN Debtor(s). | CHAPTER 7<br>ADVERSARY NO.: 9:12-ap-01055-PC |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on __May 7, 2015__,
   in favor of __SHELLY JENSEN__ and against __JEFFREY SCOTT WETTSTEIN__

   for $ __384,220.72__ Principal,

   $ __0__ Interest,

   $ __152,770.00__ Attorney's Fees, and

   $ __2,270.94__ Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __13th__ day of __January, 2016__.

(SEAL)

__Kathleen J. Campbell__
KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: __dc  Danielle Chackel__
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*