Form B-1036 - (Rev. 02/10)  1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number<br>Richard D. Burstein - Bar No. 56661<br>Travis M. Daniels - Bar No. 295855<br>Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Phone: (818)827-9000   Facsimile: (818) 827-9099<br>Email: rburstein@brutzkusgubner.com; tdaniels@brutzkusgubner.com<br>Attorney for Shelley Jensen | For Court Use Only |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Jeffrey Scott Wettstein and Natorae Marie Wettstein<br><br>Debtor. | CASE NO.: 9:11-bk-15294-PC<br>ADVERSARY NO.: 9:12-ap-01055-PC |
|---|---|
| Shelley Jensen<br><br>Plaintiff(s),<br>vs.<br>Jeffrey Scott Wettstein<br><br>Defendant(s). | **WRIT OF EXECUTION** |

## TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On May 7, 2015 _____, a judgment was entered in the above-entitled action in favor of

Shelley Jensen
_____

as **Judgment Creditor**, and against

Jeffrey Scott Wettstein
_____

as **Judgment Debtor**, for:

$ $384,220.72    PRINCIPAL

$ $152,770.00    ATTORNEYS FEES

$ $0             INTEREST

$ $2,270.94      COSTS

$ $539,261.66    **TOTAL JUDGMENT AS ENTERED**

| Form B-1036 - (Rev. 02/10) | | 1998 USBC, Central District of California |
|---|---|---|
| | Page 2 of 3 | |
| In re<br>Jeffrey Scott Wettstein<br><br><br>Debtor(s). | | CASE NO.: 9:11-bk-15294-PC<br>ADVERSARY PROCEEDING NO.:<br>9:12-ap-01055-PC |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Jeffrey Scott Wettstein
Location # 1:
4489, D-251
Palm Desert, CA 92260
Location # 2:
47047 Kasbah Drive
Palm Desert, CA 92260
Location # 3:
280 S. Edward Road
Newbury Park, CA 91320

Form B-1036 - (Rev. 02/10)                                                                  1998 USBC, Central District of California

Page 3 of 3

| In re Jeffrey Scott Wettstein | CASE NO.: 9:11-bk-15294-PC |
|---|---|
| | ADVERSARY PROCEEDING NO.: 9:12-ap-01055-PC |
| Debtor(s). | |

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ __$0_____ ACCRUED INTEREST

$ __$0_____ ACCRUED COSTS

$ __$0_____ **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ __$0_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __$539,261.66_____ ACTUALLY DUE on the date of the issuance of this writ, of which

$ __$539,261.66_____ is due on the judgement as entered, and bears interest at __0__% per

annum in the amount of $ __$0_____ per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

DATED: January 28, 2016    [SEAL]

**KATHLEEN J. CAMPBELL**

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _____
                Deputy Clerk