STEVEN T. GUBNER – Bar No. 156593
RICHARD D. BURSTEIN – Bar No. 56661
TRAVIS M. DANIELS – Bar No. 295855
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:   sgubner@brutzkusgubner.com
             rburstein@ brutzkusgubner.com
             tdaniels@ brutzkusgubner.com

Attorneys for Plaintiff Shelley Jensen

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>JEFFREY SCOTT WETTSTEIN and<br>NATORAE MARIE WETTSTEIN,<br><br>Debtors.<br>_____<br>SHELLY JENSEN,<br><br>Plaintiff,<br>v.<br>JEFFREY SCOTT WETTSTEIN, an individual,<br><br>Defendant. | Case No. 9:11-bk-15294-PC<br><br>Chapter  7<br><br>Adv. No. 9:12-ap-01055-PC<br><br>**APPLICATION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[No Hearing Required] |

Shelley Jensen, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Local Bankruptcy Rule 7064-1, requests that DDS Legal Support Systems, a company that engages registered California process servers, who are at least 18 years of age, of suitable discretion and not parties to the within action, be authorized and appointed to serve the Writ of Execution in in this matter.  The U.S. Marshals Office will remain the Levying Officer.

Dated: February 3, 2016                    BRUTZKUS GUBNER  ROZANSKY
                                                              SEROR WEBER LLP


                                                         By:   /s/ Richard D. Burstein
                                                              RICHARD D. BURSTEIN
                                                              Attorneys for Plaintiff, Shelley Jensen

1492046

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER AUTHORIZING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 3, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard Burstein     rburstein@brutzkusgubner.com, ecf@brutzkusgubner.com
Travis M Daniels     tdaniels@ebg-law.com, ecf@brutzkusgubner.com
Michael W Davis      mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com
Sandra McBeth (TR)   jwalker@mcbethlegal.com, CA65@ecfcbis.com
United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov
William E Winfield   wwinfield@rstlegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 3, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Peter H. Carroll
United States Bankruptcy Court
Northern Division
1415 State Street, Suite 230
Santa Barbara, CA  93101-2511

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on, _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 3, 2016 | MELA ZEPEDA | /s/ Mela Zepeda |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1492046