STEVEN T. GUBNER – Bar No. 156593
RICHARD D. BURSTEIN – Bar No. 56661
TRAVIS M. DANIELS – Bar No. 295855
BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:   sgubner@brutzkusgubner.com
         rburstein@ brutzkusgubner.com
         tdaniels@ brutzkusgubner.com

Attorneys for Plaintiff Shelley Jensen

**FILED & ENTERED**

**FEB 03 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zick         DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY SCOTT WETTSTEIN and<br>NATORAE MARIE WETTSTEIN,<br><br>　　　　　　　Debtors. | Case No. 9:11-bk-15294-PC<br><br>Chapter  7<br><br>Adv. No. 9:12-ap-01055-PC |
| SHELLY JENSEN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JEFFREY SCOTT WETTSTEIN, an individual,<br><br>　　　　　　　Defendant. | **ORDER AUTHORIZING SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[No Hearing Required] |

　　　　The Court, having considered the Application for Order Authorizing Service of Process by Registered Process Server filed by Plaintiff Shelley Jensen [Docket No. 79], and it appearing that no hearing is required,

/ / /

/ / /

/ / /

/ / /

/ / /

1

**IT IS HEREBY ORDERED:**

1. DDS Legal Support Systems, a company that engages registered California process servers, who are at least 18 years of age, of suitable discretion and not parties to the within action, is authorized and appointed to serve the Writ of Execution in this matter.

2. The U.S. Marshals Service will remain the Levying Officer.

### #

Date: February 3, 2016

Peter H. Carroll
United States Bankruptcy Judge

2

1492047